UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EM1 CAPITAL LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DWHTD TECHNOLOGY PTE LTD et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-01044-SB-SSC<br><br>ORDER TO SHOW CAUSE RE SUBJECT-MATTER JURISDICTION |

　　　　Plaintiff EM1 Capital LLC filed this action alleging that Defendants including Alliance Management Services LLC (Alliance), its member Travis Bott, and Richard Jason Bott fraudulently induced Plaintiff to invest $1 million in a scam.  Travis Bott, with Alliance's and Richard Bott's consent, removed the case based solely on diversity jurisdiction.  Both the complaint and the notice of removal identify Plaintiff as a California citizen based on the domicile of its sole member.  But while the complaint alleges on information and belief that Travis Bott is a resident of Los Angeles, California, Dkt. No. 1-1 ¶ 5, the notice of removal states that he is domiciled in Utah.  Dkt. No. 1 at 3.  The notice of removal neither addresses the discrepancy nor provides a declaration or other supporting evidence to show that Travis Bott is a citizen of Utah and not California.  Thus, the Court is faced with conflicting representations and is unable from the information provided to determine Travis Bott's citizenship, which is necessary to assess whether diversity is complete.

　　　　Although Plaintiff has not contested the existence of complete diversity, this Court has a duty to assess whether federal subject-matter jurisdiction exists and may consider the issue sua sponte.  *See Allstate Ins. Co. v. Hughes*, 358 F.3d 1089, 1093 (9th Cir. 2004); *Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583 (1999) (recognizing that "Article III generally requires a federal court to satisfy itself of its jurisdiction over the subject matter before it considers the merits of a case").  Accordingly, Defendant Travis Bott is ORDERED to show cause, in writing, by no

1

later than February 15, 2024, why the Court has jurisdiction over this case. Failure to timely respond will be deemed as consent to the remand of this case.

Date: February 8, 2024                          _____
                                                Stanley Blumenfeld, Jr.
                                                United States District Judge